Julia Azrael (Bar No. 109049)                                        **JS-6**
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047

Attorneys for Defendant
PROGRESSIVE CHOICE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGOP BEKHLOYAN, | ) CASE NO. CV11-00590 DMG (PLAx) |
| Plaintiff, | ) |
| vs. | ) **ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT [12]** |
| PROGRESSIVE CHOICE INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE DIRECT HOLDING, INC., DOES 1 through 100; | ) |
| Defendants. | ) |

The Court, having considered the stipulation of counsel and good cause appearing, HEREBY ORDERS that this action shall be remanded to the Superior Court for the County of Los Angeles.

Dated: March 11, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE